```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

ELISHA-PATTI KENNEDY,            )
                                 )
    Plaintiff,                   )
                                 )   CIVIL ACTION NO.
v.                               )
                                 )   1:10cv3501-JEC
THE UNITED STATES, INC., et al.  )
                                 )
    Defendants.                  )

### AMENDED CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copy of **DEFENDANTS ARGENT AND AMERIQUEST'S MOTION TO DISMISS AND BRIEF IN SUPPORT OF DEFENDANTS ARGENT AND AMERIQUEST'S MOTION TO DISMISS** were served upon all counsel of record electronically through the Court's EM/ECF notification system and upon the following by mailing same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to insure delivery, addressed as follows:

    Elisha Patti Kennedy
    4208 St. Marie Court
    Stone Mountain, GA 30083

    This <u>18th</u> day of November, 2010.

                                        By:***/s/ Austin E. James***
                                            Austin E. James
                                            Georgia Bar No. 472117
                                            Attorney for Defendants
                                            Argent and Ameriquest

JOHNSON & FREEDMAN, LLC
1587 N.E. Expressway
Atlanta, Georgia  30329
Direct Dial:    (678) 298-8833