UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 11-14402

_____

District Court Docket No.
1:10-cv-03501-JEC

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 17, 2012
JOHN LEY
CLERK

ELISHA PATTI KENNEDY,

        Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA, INC.,
STATE OF GEORGIA, INC.,
WELLS FARGO BANK, N.A.,
ARGENT MORTGAGE CO., INC.,
AMERIQUEST MORTGAGE, INC., et al.,

        Defendants-Appellees.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 17, 2012
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

Issued as Mandate
July 10, 2012

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 10, 2012

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 11-14402-CC
Case Style: Elisha Kennedy v. USA, et al
District Court Docket No: 1:10-cv-03501-JEC

The enclosed judgment is hereby issued as the mandate of this court. A copy of this letter, but not a copy of the court's decision, is also being mailed to the appellant and appellees' counsel. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

MDT-1 Letter Issuing Mandate