# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 1 2 2012
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

July 11, 2012

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: **11-14402-CC**
Case Style: Elisha Kennedy v. USA, et al
District Court Docket No: 1:10-cv-03501-JEC

The following record materials in the referenced case are returned herewith:

Two volumes Record on Appeal.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Benjamin Scott
Phone #: (404) 335-6115

REC-3 Ltr Returning Record to DC